**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ALTON D. BROWN : No. 32 WAL 2023
:
:
PETITION OF: ALTON D. BROWN : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is

**DENIED**.